In the Matter of the Probate of the Will of JOHN S. LAW,
Deceased.

WILLIAM W. LAW et al., Appellants; ELIZAETH LAW et al.,
Respondents.

*Matter of Law*, 80 App. Div. 73, affirmed.
(Argued April 29, 1903; decided May 19, 1903.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered Feb·

ruary 18, 1903, which affirmed a decree of the New York County Surrogate's Court dismissing a proceeding for the probate of an alleged will of John S. Law, deceased.

*William H. Cochran, Yorke Allen* and *William T. Sabine, Jr.*, for appellants.

*J. J. Karbry O'Kennedy* and *Francis C. Devlin* for respondents.

Order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, VANN, CULLEN and WERNER, JJ. Absent: BARTLETT, J.